JAMES B. DUKE, respondent,

*v.*

LILIAN N. DUKE, appellant, and FRANK T. HUNTOON, intervenor and appellant.

[Argued March 8th, 1907.   Decided June 17th, 1907.]

On appeal of Frank T. Huntoon, intervenor, from a decree of the court of chancery adjudging him guilty, advised by Vice-Chancellor Pitney, whose opinion is reported *ante p. 515.*

*Mr. Alan H. Strong,* for the intervenor.

*Mr. Alvah A. Clark* and *Mr. Richard V. Lindabury,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set out in the opinion of Vice-Chancellor Pitney, delivered in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.